JAMES F. MCCABE (BAR NO. 104686)
JMcCabe@MoFo.com
OLIVER Q. DUNLAP (BAR NO. 225566)
ODunlap@MoFo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@MoFo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
RUSSELL H. FRYE

WILLIAM J. CASEY (BAR NO. 116531)
wjcasey@duanemorris.com
ADNREW G. WANGER (BAR NO. 166449)
agwanger@duanemorris.com
ERIC A. MOON (BAR NO. 209260)
eamoon@duanemorris.com
DUANE MORRIS LLP
One Market, Spear Tower, Suite 3000
San Francisco, California 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Defendants
THE WINE LIBRARY, INC., EDWARD GELSMAN, and
CARL GELSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RUSSELL H. FRYE, an individual,

Plaintiff,

v.

THE WINE LIBRARY, INC., a California corporation; EDWARD GELSMAN, an individual; and CARL GELSMAN, an individual,

Defendants.

Case No. C-06-5399 SC

**[AMENDED] STIPULATION REGARDING HEARING ON PLAINTIFF'S MOTION TO COMPEL OUTSTANDING DISCOVERY; ~~[PROPOSED]~~ ORDER**

Department: 1
Judge: Hon. Samuel Conti

Complaint Filed: August 31, 2006
Trial Date: January 14, 2008

**STIPULATION**

Pending before the Court, and currently set for hearing on January 4, 2008, is Plaintiff's Motion To Compel Further Discovery.

Pursuant to Local Rule 6-2, the parties agree[1] and seek the Court's approval to shorten the time on which Plaintiff's motion can be heard. The parties request that the Court adopt the following alternative time frame to allow the Motion To Compel to be heard on an expedited schedule:

- Opposition: before 6pm on Wednesday, December 5, 2007;
- Reply: before noon on Monday, December 10, 2007;
- Hearing: Friday, December 14, 2007 at 10:00 a.m.

First, the parties believe that discovery in this matter needs to be handled on an expedited basis to permit them to keep up with case management deadlines. If Plaintiff prevails on any part of the Motion To Compel, Defendants will need to produce additional documents or provide an additional witness for deposition. Compliance with the Court's order will need to occur before trial begins on January 14. Second, neither side would be prejudiced by hearing these motions on the proposed schedule.

///

///

///

///

///

///

///

///

///

///

---

[1] Defendants have stipulated to Plaintiff's request to hear their Motion to Compel pursuant to the above briefing schedule. *See*, Declaration of Oliver Dunlap in Support of Plaintiff's Motion to Compel at ¶12.

For the foregoing reasons, the parties respectfully request that the Court set a hearing on Plaintiff's Motion To Compel Further Discovery on the schedule outlined above. All briefing on the motions has been filed pursuant to the time limits set forth in the Local Rules. All other deadlines in the case shall remain unaffected.

Dated: November 29, 2007

JAMES F. MCCABE
OLIVER Q. DUNLAP
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By: ______________________
Oliver Q. Dunlap

Attorneys for Plaintiff
RUSSELL H. FRYE

Dated: November 29, 2007

ADNREW G. WANGER
ERIC A. MOON
WILLIAM J. CASEY
DUANE MORRIS LLP

By: ______________________
Eric A. Moon

Attorneys for Defendants
THE WINE LIBRARY, INC., EDWARD GELSMAN, and CARL GELSMAN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Samuel Conti

Dated: November 30, 2007

______________________
Hon. Samuel Conti
United States District Judge