JAMES F. MCCABE (BAR NO. 104686)
JMcCabe@MoFo.com
OLIVER Q. DUNLAP (BAR NO. 225566)
ODunlap@MoFo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@MoFo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
RUSSELL H. FRYE

WILLIAM J. CASEY (BAR NO. 116531)
wjcasey@duanemorris.com
ADNREW G. WANGER (BAR NO. 166449)
agwanger@duanemorris.com
ERIC A. MOON (BAR NO. 209260)
eamoon@duanemorris.com
DUANE MORRIS LLP
One Market, Spear Tower, Suite 3000
San Francisco, California 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Defendants
THE WINE LIBRARY, INC., EDWARD GELSMAN, and
CARL GELSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL H. FRYE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WINE LIBRARY, INC., a California corporation; EDWARD GELSMAN, an individual; and CARL GELSMAN, an individual,<br><br>Defendants. | Case No. C-06-5399 SC<br><br>**STIPULATION REGARDING TRIAL DATE;** [PROPOSED] **ORDER**<br><br>Department: 1<br>Judge: Hon. Samuel Conti<br><br>Complaint Filed: August 31, 2006<br>Trial Date: January 14, 2008 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | This case is currently set for trial on January 14, 2008. |
| 3 | In light of significant logistical difficulties in arranging for the challenged wine bottles (which |
| 4 | are currently stored in Boston) to be available in San Francisco at the deposition of an expert (based |
| 5 | in France) and pursuant to Local Rule 6-2, the parties agree and seek the Court's approval to continue |
| 6 | the trial to January 28, 2008 so that the bottles may be safely transported to San Francisco in advance |
| 7 | of the deposition. The parties request that the Court also continue the existing pretrial deadlines by |
| 8 | fourteen days, the same period by which they ask that the trial date be continued. The parties ask that |
| 9 | the following schedule of pretrial deadlines be adopted: |
| 10 | • January ~~16~~ 14, 2008 at 11:00 a.m.: Daubert Motions and Motions in Limine. |
| 11 | • January ~~21~~ 18, 2008 at 11:00 a.m.: Oppositions to Daubert Motions and Motions in Limine. |
| 12 | • January ~~24~~ 22, 2008: |
| 13 | ▪ A joint agreed upon brief statement of the case to be read to the jury prior to trial; |
| 14 | ▪ Proposed voir dire questions; |
| 15 | ▪ A trial brief; |
| 16 | ▪ A list of exhibits conforming substantially to the Court's required format; |
| 17 | ▪ A list of witnesses, including expert witnesses, in the expected order of |
| 18 | presentations. This list must also include: |
| 19 | • A brief statement as to the content of the witness' testimony, on both direct |
| 20 | and cross examination; and |
| 21 | • An estimate of the time of the witness' testimony, on both direct and cross; |
| 22 | ▪ Statement designating all excerpts from depositions, answers to interrogatories, |
| 23 | and responses to RFAs to be offered at trial for any purpose other than |
| 24 | impeachment or rebuttal; |
| 25 | ▪ Joint proposed jury instructions; |
| 26 | ▪ Proposed form of verdict; and |
| 27 | ▪ Exhibit binders delivered to the Court's chambers. |
| 28 | • January 25, 2008 at 10:00 a.m.: Pretrial Conference. |

STIPULATION RE: TRIAL DATE; [PROP'D] ORDER
No. C-06-5399 SC
sf-2440444

1

1         For the foregoing reasons, the parties respectfully request that the Court continue the trial to
2 January 28, 2008, and adopt the schedule of pretrial deadlines set forth above.

3 Dated: December 18, 2007         JAMES F. MCCABE
                                     OLIVER Q. DUNLAP
4                                        SARAH E. GRISWOLD
                                       MORRISON & FOERSTER LLP
5

6                                        By: _____
                                           Oliver Q. Dunlap

7                                        Attorneys for Plaintiff
                                       RUSSELL H. FRYE
8

9 Dated: December 18, 2007         ADNREW G. WANGER
                                       ERIC A. MOON
10                                        WILLIAM J. CASEY
                                       DUANE MORRIS LLP
11
                                       By: _____
12                                        Eric A. Moon

13                                      Attorneys for Defendants
                                     THE WINE LIBRARY, INC., EDWARD
14                                      GELSMAN, and CARL GELSMAN

15

16

17

18                                  [~~PROPOSED~~] ORDER

19         PURSUANT TO STIPULATION, IT IS SO ORDERED.

20 Dated: December 19, 2007

21                                                   Hon. Samuel Conti
                                                  United States District Judge