JAMES F. MCCABE (BAR NO. 104686)
JMcCabe@MoFo.com
OLIVER Q. DUNLAP (BAR NO. 225566)
ODunlap@MoFo.com
SARAH E. GRISWOLD (BAR NO. 240326)
SGriswold@MoFo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
RUSSELL H. FRYE

WILLIAM J. CASEY (BAR NO. 116531)
wjcasey@duanemorris.com
ADNREW G. WANGER (BAR NO. 166449)
agwanger@duanemorris.com
ERIC A. MOON (BAR NO. 209260)
eamoon@duanemorris.com
DUANE MORRIS LLP
One Market, Spear Tower, Suite 3000
San Francisco, California 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001

Attorneys for Defendants
THE WINE LIBRARY, INC., EDWARD GELSMAN, and
CARL GELSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL H. FRYE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WINE LIBRARY, INC., a California corporation; EDWARD GELSMAN, an individual; and CARL GELSMAN, an individual,<br><br>Defendants. | Case No. C-06-5399 SC<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Samuel Conti<br><br>Complaint Filed: August 31, 2006<br>Trial Date: January 28, 2008 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Dated: January 2, 2007

JAMES F. MCCABE
OLIVER Q. DUNLAP
SARAH E. GRISWOLD
MORRISON & FOERSTER LLP

By: _____
James F. McCabe

Attorneys for Plaintiff
RUSSELL H. FRYE

Dated: January 8, 2007

ADNREW G. WANGER
ERIC A. MOON
WILLIAM J. CASEY
DUANE MORRIS LLP

By: _____
William J. Casey

Attorneys for Defendants
THE WINE LIBRARY, INC., EDWARD GELSMAN, and CARL GELSMAN



IT IS SO ORDERED
Judge Samuel Conti
1/10/08